affirmed, without costs. No opinion. Settle order on notice, the date for the examination to proceed to be fixed in the order.

AMERICAN IRON SUPPLY CO., respondent, v. Raffael SALZANO et al., defendants, and Frank Donato et al., appellants. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Motion denied, without costs.

William N. AMORY, Applt., v. The CITY OF NEW YORK, Respt. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Mary L. ANDERSON, as admx., etc., respt., v. EGNER MACHINE CO., applt. (Supreme Court, Appellate Division, Fourth Department. May 10, 1916.) Appeal dismissed without costs upon stipulation filed.

Champe S. ANDREWS, Respt., v. Asa Bird GARDINER, Applt. (Supreme Court, Appellate Division, First Department. May 19, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed. See, also, 168 App. Div. 629, 154 N. Y. Supp. 486.

Champe S. ANDREWS v. Asa B. GARDINER. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Motion denied, with $10 costs. Order filed.

Matilda ARONSON v. MELROSE WAIST CO., Inc., et al. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Application denied, with $10 costs and stay vacated. Order signed.

Nathan ASCHNER, Indy. and as Excr. etc., Plaintiff, v. Mondina Herzog ASCHNER, Defendant. (Supreme Court, Appellate Division, First Department. June 2, 1916.) Submission of controversy upon an agreed statement of facts. Submission dismissed.

PER CURIAM. The other beneficiaries under the will are necessary parties and are not before the court. The submission is therefore dismissed. Settle order on notice.

Eleanore M. W. ASHTON, Respt., v. NEW YORK RAILWAYS CO., Applt. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed. No opinion.

AUBURN DRAYING CO., respt., v. William WARDELL, individually, etc., et al., applt. (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Motion to dismiss appeal granted unless appellants file and serve printed papers on appeal and pay to respondent's attorneys $10 by August 1, 1916, and be ready to argue appeal at the September term.

AUSTIN, NICHOLS & CO., Inc., appellant, v. James H. McDOWELL, respondent. (Supreme Court, Appellate Division, Second Department. November 19, 1915.) Judgment of the County Court of Suffolk County affirmed with costs. No opinion. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

Richard BACHIA and another, respondents, v. C. Milton ROGERS, appellant. (Supreme Court, Appellate Division, Second Department June 9, 1916.) Motion for reargument denied without costs. On the new trial of this action the plaintiffs may prove that the order permitting the giving and filing of a new or amended undertaking was complied with by plaintiffs (O'Connor v. Walsh, 83 App. Div. 179, 82 N. Y. Supp. 499), and appropriate findings may be made by the trial court.

Theodore BAKER, and others, appellants, v Emma H. GRIFFITH, and another, respondents. (Supreme Court, Appellate Division, Second Department. November 19, 1915.) Motion for stay denied, with $10 costs, and stay vacated.

In the Matter of John Oscar BALL, an attorney. (Supreme Court, Appellate Division, First Department. May 19, 1916.) Supplementary charges referred to Hon. Henry A. Gildersleeve, official referee. Settle order on notice.

B. ALTMAN & CO. v. SYDCO PHOTOPLAY CORPORATION. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Motion granted. Settle order on notice.

B. ALTMAN & CO., Respt., v. SYDCO PHOTOPLAY CORP., Applt. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Order modified, by requiring plaintiff to pay to defendant's counsel the sum of $50 as and for their expenses in connection with the taking of the testimony of the witness, and, as so modified, affirmed, without costs; the date for the examination to be fixed in the order. No opinion. Settle order on notice.

In the matter of the petition of Frank BAMBARA, respondent, v. WESTCHESTER STREET RAILROAD COMPANY and John H. Calhoun, appellants. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Order of the County Court of Westchester County affirmed, with costs. No opinion. Jenks P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Maurice BAMBERGER, as Trustee, etc., Applt., v. Jacob A. CANTOR et al., Respts. Impld. with Edwin Wolf et al., Applts. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

John BARBER, applt., v. Jane STAUCH, respt. (Supreme Court, Appellate Division, Fourth Department. May 10, 1916.) Judgment